The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Jesus Davila Bailey, III
   v. Commonwealth of Virginia
   Record No. 0613-18-3
   Opinion rendered by Judge Russell on
   July 30, 2019

2. Jack Randall Young
   v. Commonwealth of Virginia
   Record No. 0687-18-2
   Opinion rendered by Chief Judge Decker on
   July 30, 2019

3. Timothy Ducharme
   v. Commonwealth of Virginia
   Record No. 0706-18-4
   Opinion rendered by Senior Judge Annunziata on
   August 6, 2019